**UNITED STATES of America Plaintiff—Appellee**

v.

**Dwight J. LYTLE Defendant— Appellant**

**No. 99–4502.**

United States Court of Appeals, Sixth Circuit.

May 10, 2001.

Before RYAN and BATCHELDER,

Circuit Judges; MATIA, District Judge.*

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.